ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dawda Sowe,

Plaintiff,

vs.

Minnesota Masonic Home, and Individually/personally, as Employees/agents of MN Masonic Home, Sharon Surdell, Lynda McAndrew, Marie Meyer and Cheri Mickelberg,

Defendants.

Case No.: 00-01594 (DSD/JMM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL DEFENDANTS SHARON SUNDELL, LYNDA McANDREW, MARIE MEYER AND CHERI MICKELBERG**

As a condition precedent to the above case being fully compromised and settled, it is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel of record, that Plaintiff dismisses his claims against individual Defendants Sharon Sundell, Lynda McAndrew, Marie Meyer and Cheri Mickelberg with prejudice and without costs to any party. In addition, the parties stipulate to request that the Court amend the caption of the case reflecting the dismissal to read: Dawda Sowe, Plaintiff, v. Minnesota Masonic Homes, Defendant.

Dated: July 20, 2000

GANT LAW FIRM, P.A.

Jesse Gant, III (#214772)
670 North Grain Exchange Building
301 Fourth Avenue South
Minneapolis, MN 55415
Telephone: (612) 342-2565

ATTORNEYS FOR PLAINTIFF

Dated: July 21, 2000

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
Ann M. Bildtsen (#271494)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131
ATTORNEYS FOR DEFENDANT

FILED 7-24-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# ORDER

Pursuant to foregoing Stipulation of the parties, it is hereby

**ORDERED** that Plaintiff's action against individual Defendants Sharon Sundell, Lynda McAndrew, Marie Meyer and Cheri Mickelberg be dismissed with prejudice; each party is to bear its own attorney's fees, costs, and disbursements; and

**ORDERED** that the cation of this case should be amended to read: Dawda Sowe, Plaintiff, v. Minnesota Masonic Homes, Defendant.

Dated this 24th day of July, 2000.

BY THE COURT:

The Honorable David S. Doty
Judge of United States District Court