ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dawda Sowe,

Plaintiff,

vs.

Minnesota Masonic Home,

Defendant.

Case No.: 00-01594 (DSD/JMM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits with prejudice and without costs to either party pursuant to a private settlement agreement.

Dated: July 20, 2000

GANT LAW FIRM, P.A.

Jesse Gant, III (#214772)
670 North Grain Exchange Building
301 Fourth Avenue South
Minneapolis, MN 55415
Telephone: (612) 342-2565

ATTORNEYS FOR PLAINTIFF

Dated: July 21, 2000

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
Ann M. Bildtsen (#271494)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131

ATTORNEYS FOR DEFENDANT

FILED 7-24-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

# ORDER

Based on the foregoing Stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises, it is hereby

**ORDERED** that the above-entitled action, brought by Dawda Sowe, including all claims which were or could have been asserted therein, shall be, and hereby is, dismissed on its merits and with prejudice and without costs to either party. The Clerk of this Court is hereby directed to enter a judgment dismissing said action accordingly.

Dated this 24th day of: July, 2000.

BY THE COURT:

The Honorable David S. Doty
Judge of United States District Court